IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

M.T., by and through his next friend,
Marcus Powell; R.R., by and through his
next friend, Melissa Hall; on behalf of
themselves and all persons similarly
situated                                                                 PLAINTIFFS

VS.                                          CIVIL ACTION NO.  2:11cv91  KS-MTP

FORREST COUNTY, MISSISSIPPI                                       DEFENDANT

<u>ORDER CLOSING CASE</u>

        BE IT REMEMBERED that on the 27th day of March, 2015, the parties herein entered

into an Agreed Order extending the Court's jurisdiction for the enforcement of the Court's

previous Orders.  The Court finds that the parties have diligently worked toward the compliance

of the Agreed Order [5] that was entered on October 12, 2011.  The defendant has come into

substantial compliance with the Order but the parties desire the Court to retain jurisdiction until

April 1, 2016 to assure the continued compliance.  The Court finds that this case should be

removed from the Court's active docket and closed subject to the parties invoking the Court's

retained jurisdiction of the Agreed Order any time up to and including April 1, 2016.

        SO ORDERED this the 31st day of March, 2015.


                                                        *s/ Keith Starrett*
                                                UNITED STATES DISTRICT JUDGE